VOL 653 PAGE 806



CASE NO. F-1131175-Q

INCIDENT NO./TRN: 0101979835

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 204th JUDICIAL DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| CORY ROSS | § | DALLAS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX07247886 | § | |

FILED IN
5TH COURT OF APPEALS
DALLAS, TEXAS
3/18/2015 3:39:28 PM
LISA MATZ
Clerk

# JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. **Tammy Kemp** | Date Judgment Entered: | **3/6/2015** |
| Attorney for State: | **Andrew Anagnostis** | Attorney for Defendant: | **Trey Bunch** |

Offense for which Defendant Convicted:
**INJURY CHILD SERIOUS BODILY INJURY**

| | |
|---|---|
| Charging Instrument: **INDICTMENT** | Statute for Offense: **22.04 Penal Code** |

Date of Offense:
**5/5/2011**

| | | |
|---|---|---|
| Degree of Offense: **1ST DEGREE FELONY** | Plea to Offense: **GUILTY** | Findings on Deadly Weapon: **YES, NOT A FIREARM** |

Terms of Plea Bargain:
**OPEN**

| | | | |
|---|---|---|---|
| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| | | | |
|---|---|---|---|
| Date Sentence Imposed: | **3/6/2015** | Date Sentence to Commence: | **3/6/2015** |

| | |
|---|---|
| Punishment and Place of Confinement: | **40 YEARS INSTITUTIONAL DIVISION, TDCJ** |

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ **N/A** | $ | $ **N/A** | (see below) ☐ AGENCY/AGENT ☐ VICTIM |

☐ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | |
|---|---|
| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.<br>From **5/6/2011** to **4/30/2012**    From **11/5/2014** to **3/11/2015**    From    to<br>From    to    From    to    From    to<br>If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.<br>**N/A DAYS    NOTES: N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Dallas County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.



☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court **FINDS** Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court **ORDERS** Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence (select one)**

☒ The Court **ORDERS** Defendant's sentence **EXECUTED.**

☐ The Court **ORDERS** Defendant's sentence of confinement **SUSPENDED.** The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

The Court FINDS Defendant used or exhibited a deadly weapon, namely, **UNKNOWN OBJECT, during the commission of a felony offense or during immediate flight therefrom or was a party to the offense and knew that a deadly weapon would be used or exhibited. TEX. CODE CRIM. PROC. art. 42.12 §3g**

---

**Signed and entered on**    MAR 1 3 2015

X _____
Tammy Kemp
JUDGE PRESIDING

Clerk: MHARDEN

*Thumbprint Certification attached.

# JUDGMENT
## CERTIFICATE OF THUMBPRINT

**THE STATE OF TEXAS**

CAUSE NO. F 11 31175-Q

**VS.**

*Cory Ross*

JUDICIAL 204th     DISTRICT COURT ___

DALLAS COUNTY, TEXAS

**RIGHT THUMB**

DEFENDANT'S ___ R ___ HAND

**THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.**

**DONE IN COURT THIS** *11* **DAY OF** *March* **, 20** *15*.

_____
**BAILIFF/DEPUTY SHERIFF**

\*INDICATE HERE IF PRINT OTHER THAN DEFENDANT'S RIGHT THUMBPRINT IS PLACED IN BOX:

_____ **LEFT THUMBPRINT**          _____ **LEFT/RIGHT INDEX FINGER**

_____ **OTHER,** _____

**SIGNED AND ENTERED ON THIS** *11* **DAY OF** *March* **, 20** *15*.

_____
**PRESIDING JUDGE**

CAUSE NO.: F1131175Q

204TH JDC

THE STATE OF TEXAS

DALLAS COUNTY, TEXAS

VS.
CORY ROSS

July          TERM, 2013

## MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

COMES NOW the State of Texas by and through her Criminal District Attorney and would show the Court the following:

That _____ CORY ROSS _____, Defendant, was duly and legally placed on probation for a period of ____10____ years in the above entitled and numbered cause in _____204TH JDC_____ of Dallas County, Texas, on the 30th day of April, A.D., 2012 _____ for the offense of:

### INJ CHILD/ELDERLY/DISABLED W/INT SBI/MEN

That the Defendant has violated the following conditions ____a, a, e, g, j____ of said supervision in that;

### SEE ATTACHED PAGE(S)

This violation-offense occurred after ____04/30/2012____ and during the term of Supervision.

WHEREFORE, the State prays that said Defendant be cited to appear before this Honorable Court and show cause why the Court should not revoke probation or proceed with an adjudication of guilt on the original charge.

This the 29th day of August, A.D., 2013

```
*****************************************
*                                       *
*            F I L E D                  *
*          08/29/2013                   *
*          _____                  *
*         Gary Fitzsimmons              *
*         DISTRICT CLERK                *
*        DALLAS CO., TEXAS              *
*                                       *
*            DEPUTY                     *
*                                       *
*****************************************
```

Craig Watkins
District Attorney
Dallas County, Texas

BY: _____
Assistant District Attorney

A copy of this motion was delivered to the Defendant on the 7th day of ____Nov____ A.D., 2014.

_____
CSO

I received a copy of this motion on the 7th day of ____Nov____ A.D., 20 14.

ML#: C-510004

_____
Defendant

CAUSE NO.: F1131175Q                          204TH JDC

THE STATE OF TEXAS                            DALLAS COUNTY, TEXAS

VS.
CORY ROSS                                     July        TERM, 2013

### MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

(a) Cory Ross did violate condition (a) by violating the laws of the State of Texas in that on or about 08/16/2013 in Hood County, Texas, s(he) did commit the offense of Possession of a Controlled Substance.

(a) Cory Ross did violate condition (a) by violating the laws of the State of Texas in that on or about 08/16/2013 in Hood County, Texas, s(he) did commit the offense of Driving With License Invalid Enhanced.

(e) Cory Ross did violate condition (e) in that s(he) failed to give 24 hours notice to any changes in home or employment address.

(g) Cory Ross did violate condition (g) in that on or about   s(he) did travel outside of Galveston County without permission of the Supervision Officer.

(j) Cory Ross did violate condition (j) in that s(he) did not pay community supervision fees as directed and is currently delinquent $434.00.